VICTOR BRANG, Appellant, *v.* MARGARET STACHNIK, Respondent.

(Submitted November 21, 1932; decided November 29, 1932.)

*Charles P. Hallock* for motion.
*Max A. Gulack* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files the return within ten days and pays ten dollars costs, in which event the motion is denied.